

FILED
CLERK, U.S. DISTRICT COURT
OCT 1 2 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2004 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ADAM GADAHN,<br>  a.k.a. Azzam al-Amriki,<br><br>        Defendant. | SA CR 05- 254<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 2339B: Providing Material Support to a Designated Foreign Terrorist Organization; 18 U.S.C. § 2(a): Aiding and Abetting]<br><br>**UNDER SEAL** |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2339B, § 2(a)]

Beginning on a date unknown and continuing to at least September 11, 2005, defendant ADAM GADAHN, also known as Azzam al-Amriki, a national of the United States whose last known place of residence was in Orange County, within the Central District of California, together with others known and unknown to the Grand Jury, did knowingly provide, and aid and abet the provision

GWS:gws



ENTERED ON ICMS
OCT 14 2005



of, material support and resources, as those terms are defined in 18 U.S.C. § 2339A(b), including personnel and services, to a foreign terrorist organization, Al-Qaeda, which was designated by the Secretary of State as a foreign terrorist organization on October 8, 1999, pursuant to Section 219 of the Immigration and Nationality Act, and was redesignated as such on or about October 5, 2001, and October 2, 2003.

A TRUE BILL

/s/
_____
Foreperson

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

WAYNE R. GROSS
Assistant United States Attorney
Chief, Southern Division