# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CASE SUMMARY**

ORIGINAL

SA05-254

Case Number _____  Defendant Number __1__
U.S.A. v. _ADAM GADAHN,_____  Date of Birth _9/1/78_____
☒ Indictment    ☐ Information    Investigative Agency (FBI, DEA, etc.) _FBI_____

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

**OFFENSE/VENUE**

a. Offense charged as a: ☐ Petty Offense
   ☐ Misdemeanor  ☐ Minor Offense  ☒ Felony
b. Date of Offense: _Continuing to 9/11/05_
c. County in which first offense occurred:
   _Orange_
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☐ Los Angeles     ☐ Ventura
   ☒ Orange          ☐ Santa Barbara
   ☐ Riverside       ☐ San Luis Obispo
   ☐ San Bernardino  ☐ Other _____

Citation of offense: _18 U.S.C. § 2339B_

[FILED STAMP: CLERK, U.S. DISTRICT COURT  OCT 1 2 2005  CENTRAL DISTRICT OF CALIFORNIA  BY ___ DEPUTY]

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No   ☐ Yes
     IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: _____
   Case Number: _____
   Charging: _____

The Complaint:    ☐ is still pending
     ☐ was dismissed on: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
     ☐ Yes*        ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
     ☐ Yes*        ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**
This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____

Case Number: _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge _____

☐ was previously dismissed on: _____

Are there 8 or more defendants in the superseding case?
     ☐ Yes*        ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
     ☐ Yes*        ☐ No

Was a Notice of Complex Case filed on the Indictment of Information?
     ☐ Yes         ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☐ Yes    ☒ No
IF YES, list language and/or dialect: _____

[STAMP: ENTERED ON ICMS  OCT 1 4 2005]



---

CR-72 (07/05)          CASE SUMMARY          Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**OTHER**
- ☒ Male                ☐ Female
- ☒ U.S. Citizen        ☐ Alien
- Alien Name(s): Azzam al-Amriki

This defendant is charged in:    ☒ All counts
☐ Only counts: _____

☒ This defendant is designated as "High Risk" per 18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as " Case" per 18 U.S.C. 3166(b)(7).

Is defendant a juvenile:          ☐ Yes   ☒ No
IF YES, should matter be sealed?  ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud       ☐ public corruption
- ☐ government fraud                  ☐ tax offenses
- ☐ environmental issues              ☐ mail/wire fraud
- ☒ Other: Terrorism

**CUSTODY STATUS**
Defendant is **NOT** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   In the amount of $ _____
c. PSA supervision?     ☐ Yes    ☐ No
d. Is a Fugitive?       ☒ Yes    ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested:   ☒ Yes    ☐ No

Defendant is **IN** custody:
a. Place of incarceration:   ☐ State    ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:    ☐ Yes        ☐ No
   IF YES    ☐ State    ☐ Federal    ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes    ☐ No
   IF YES    ☐ State    ☐ Federal    AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP.    ____ 20    ____ 21    ____ 400

---

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date: _____

_Signature of Assistant U.S. Attorney_

DEIRDRE Z. ELIOT
*Print Name*