# *Memorandum*

SA05-254

| | |
|---|---|
| Subj: **UNITED STATES v. ADAM GADAHN,** a.k.a. Azzam al-Amriki | Date: October 11, 2005 |

FILED CLERK, U.S. DISTRICT
OCT 1 2 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To:
SHERRI R. CARTER
Clerk, United States District Court
Central District of California

From:
DEIRDRE Z. ELIOT
Assistant United States Attorney
Criminal Division

The above pleading seeking authority for an investigative action and being filed on <u>October 12, 2005</u>

_____ relates to

__X__ does not relate to

(1) a matter pending in the Narcotics Section of the United States Attorney's Office before July 17, 2001, the date on which **Patrick J. Walsh** resigned his appointment in that office; or
(2) a matter in which **Patrick J. Walsh** was personally involved or on which he was personally consulted while employed in the United States Attorney's Office.

_____ relates to

__X__ does not relate to

(1) a matter pending in the Major Frauds Section of the United States Attorney's Office before June 30, 2001, the date on which **Jennifer T. Lum** resigned her appointment in that office; or
(2) a matter in which **Jennifer T. Lum** was personally involved or on which she was personally consulted while employed in the United States Attorney's Office.

_____ relates to

__X__ does not relate to

(1) a matter pending in the Organized Crime Section of the United States Attorney's Office before September 29, 2000, the date on which **Stephen G. Larson** resigned his appointment in that office; or
(2) a matter in which **Stephen G. Larson** was personally involved or on which he was personally consulted while employed in the United States Attorney's Office;

_____ relates to

__X__ does not relate to

(1) a matter pending in the Narcotics Section of the United States Attorney's Office before April 20, 1999, the date on which **Jeffrey W. Johnson** resigned his appointment in that office; or
(2) a matter in which **Jeffrey W. Johnson** was personally involved or on which he was personally consulted while employed in the United States Attorney's Office.

ENTERED ON ICMS
OCT 1 4 2005

_____
DEIRDRE Z. ELIOT
Assistant United States Attorney