```
 1  DEBRA WONG YANG
    United States Attorney
 2  WAYNE R. GROSS
    Assistant United States Attorney
 3  Chief, Southern Division
    GREGORY W. STAPLES
 4  Assistant United States Attorney
    California Bar Number: 145007
 5       411 W. Fourth Street, Suite 8000
         Santa Ana, California 92701
 6       Telephone: (714) 338-3535
         Facsimile: (714) 338-3561
 7       E-mail: Greg.Staples@usdoj.gov

 8  Attorney for Plaintiff
    United States of America
 9
```

FILED
CLERK, U.S. DISTRICT COURT
OCT 12 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) No. SA CR SA05-254 |
|---|---|
| Plaintiff, | ) |
| | ) GOVERNMENT'S EX PARTE |
| v. | ) APPLICATION FOR ORDER SEALING |
| | ) INDICTMENT, ARREST WARRANT, AND |
| | ) RELATED DOCUMENTS; DECLARATION |
| ADAM GADAHN, | ) OF GREGORY W. STAPLES |
| a.k.a. Azzam al-Amriki, | ) |
| | ) (UNDER SEAL) |
| Defendant. | ) |

The government hereby applies <u>ex parte</u> for an order authorizing the indictment, the arrest warrant, this <u>ex parte</u> application, and any related documents in this case to be filed under seal and maintained under seal until such time as the government informs the Clerk's Office in writing that defendant has been taken into custody on the indictment or the government moves to unseal the documents, whichever occurs first.

//
//
//
//

ENTERED ON ICMS
OCT 14 2005

This application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Gregory W. Staples.

DATED: This 11th day of October, 2005.

Respectfully submitted,

DEBRA WONG YANG
United States Attorney

WAYNE R. GROSS
Assistant United States Attorney
Chief, Southern Division

_____
GREGORY W. STAPLES
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DECLARATION OF GREGORY W. STAPLES

I, Gregory W. Staples, hereby declare and state:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California and in that capacity represent the government in the prosecution of <u>United States v. Adam Gadahn, aka Azzam al-Amriki</u>. The indictment in this case is being presented to a federal grand jury in the Central District of California on October 12, 2005.

2. Defendant charged in this case has not been taken into custody on the charge contained in the indictment and has not been informed that he is named in the indictment to be presented to the grand jury on October 12, 2005. The prospect of apprehending Adam Gadahn, aka Azzam al-Amriki, may be jeopardized if the indictment and any related documents were made publicly available before defendant is taken into custody on the indictment.

3. Accordingly, the government respectfully requests that the indictment, arrest warrant, this application, and any related documents in this case be filed under seal, subject to production as necessary to apprehend defendant on the indictment. We respectfully request that these documents be sealed until such

//
//
//
//
//

3

time as the government notifies the Clerk's Office in writing that defendant has been taken into custody on the indictment or the government moves to unseal the documents, whichever occurs first.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED:   This ___11th___ day of October, 2005.

_____
GREGORY W. STAPLES