```
DEBRA WONG YANG
United States Attorney
WAYNE R. GROSS
Assistant United States Attorney
Chief, Southern Division
GREGORY W. STAPLES
Assistant United States Attorney
California Bar Number: 145007
     411 W. Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3535
     Facsimile: (714) 338-3561
     E-mail: Greg.Staples@usdoj.gov

Attorney for Plaintiff
United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
OCT 12 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR SA 05-254 |
| Plaintiff, | [PROPOSED] ORDER SEALING INDICTMENT, ARREST WARRANT, AND RELATED DOCUMENTS |
| v. | |
| ADAM GADAHN, a.k.a. Azzam al-Amriki, | (UNDER SEAL) |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment, arrest warrant, the sealing application, any related documents in this case, and this order shall be filed under seal and kept under seal until such time as the government informs the Clerk's Office in writing that defendant has been taken into

//
//
//

ENTERED ON ICMS
OCT 14 2005

custody on the indictment or the government moves to unseal the documents, whichever occurs first.  The government may produce the underlying documents as necessary to apprehend defendant on the indictment.

DATED: This  12  day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE