FILED
OCT 11 2006
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2005 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SA CR 05-254(A) |
| Plaintiff, | ) | FIRST SUPERSEDING INDICTMENT |
| v. | ) | [18 U.S.C. § 2381: Treason; 18 U.S.C. § 2339B: Providing Material Support to a Designated Foreign Terrorist Organization; 18 U.S.C. § 2(a): Aiding and Abetting] |
| ADAM GADAHN, a.k.a. Azzam al-Amriki, | ) | |
| Defendant. | ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2381]



DOCKETED ON CM
OCT 11 2006
BY ____ 082

A.  INTRODUCTION

1.  Al-Qaeda is, and at all times relevant hereto was, a foreign terrorist organization designated by the Secretary of State, pursuant to Section 219 of the Immigration and Nationality Act.

2.  Usama bin Laden and Ayman al-Zawahiri have proclaimed publicly that they are leaders of al-Qaeda.  Prior to his death,

1  Abu Musab al-Zarqawi proclaimed in public that he was the leader
2  of al-Qaeda in Iraq.
3       3.   On or about September 11, 2001, the United States was
4  attacked through the hijacking of commercial airliners.  These
5  commercial airliners were flown into the World Trade Center in
6  New York and the Pentagon in Washington D.C.  Another hijacked
7  commercial airliner was flown into the ground in Pennsylvania.
8  These attacks resulted in the loss of approximately 3,000 lives.
9       4.   Usama bin Laden has acknowledged publicly that the
10 September 11, 2001 attack on the United States was an al-Qaeda
11 operation.  Usama bin Laden and other al-Qaeda leaders have also
12 proclaimed in public that al-Qaeda is at war with America.
13      5.   On or about September 18, 2001, Congress passed a
14 resolution authorizing the President of the United States to use
15 all necessary and appropriate force against those responsible for
16 the terrorist attacks of September 11, 2001.
17      6.   On or about July 7, 2005, a series of bombs exploded on
18 the London subway system resulting in the loss of numerous lives.
19      7.   Ayman al-Zawahiri has acknowledged publicly that the
20 July 7, 2005 attack on London was the work of al-Qaeda
21 operatives.  Ayman al-Zawahiri has publicly identified Shehzad
22 Tanweer as one of the al-Qaeda operatives responsible for the
23 London suicide bombings.
24 B.   THE OFFENSE
25      8.   Beginning on a date unknown and continuing to at least
26 September 11, 2006, defendant ADAM GADAHN, also known as "Azzam
27 al-Amriki" ("GADAHN"), a citizen of the United States, whose last
28

known place of residence was in Orange County, within the Central District of California, owing allegiance to the United States, knowingly adhered to an enemy of the United States, namely, al-Qaeda, and gave al-Qaeda aid and comfort, within the United States and elsewhere, with intent to betray the United States. In so doing, GADAHN committed the following overt acts witnessed by two or more witnesses:

    a.    On or about October 27, 2004, GADAHN appeared in an al-Qaeda video ("the 2004 video") broadcast in the United States and elsewhere, giving aid and comfort to al-Qaeda. In the 2004 video, GADAHN acknowledged that he "has joined a movement waging war on America and killing large numbers of Americans." In the 2004 video, GADAHN made the following statements, among others:

        1.    "Fighting and defeating America is our first priority. . . ."

        2.    "September 11th . . . notified America that it's going to have to pay for its crimes and pay dearly."

        3.    "Jihad is our path and jihad is the answer."

        4.    "People of America . . . you too shall pay the price for the blood that has been spilled. . . ."

        5.    "People of America, I remind you of the weighty words of our leaders Sheik Usama bin Laden and Doctor Ayman al-Zawahiri that what took place on September 11th was but the opening salvo of the

global war on America. . . . The magnitude and ferocity of what is coming your way will make you forget all about September 11th."

6. "The streets of America shall run red with blood . . . casualties will be too many to count and the next wave of attacks may come at any moment."

b. On or about September 11, 2005, GADAHN appeared in an al-Qaeda video ("the 2005 video") broadcast in the United States and elsewhere, giving aid and comfort to al-Qaeda. In the 2005 video, GADAHN described the terrorist attacks of September 11, 2001, as "the blessed raids on New York and Washington." In the 2005 video, GADAHN made the following statements, among others:

1. "These communiques have been released to explain and propound the nature and goals of the worldwide jihad against America and the crusaders and convey our legitimate demands to friend and foe alike, so that the former may join us on this honorable and blessed path, and so that the latter may acknowledge his crimes. . . ."

2. "The call has gone out and the era of jihad and resistance has dawned in all its glory. As Sheik Usama has told you repeatedly, your security is dependent on our security."

3. "Yesterday, London and Madrid. Tomorrow, Los Angeles and Melbourne, Allah willing. And this

       time, don't count on us demonstrating restraint or compassion."

4. "We love peace, but when the enemy violates that peace or prevents us from achieving it, then we love nothing better than the heat of battle, the echo of explosions, and slitting the throats of the infidels."

5. "When it comes to defending our religion, our freedom, and our brothers in faith, every one of us is Mohammed Atta, every one of us is Jamaal Lindsay, and every one of us is Mohammed Boyeri."

c. On or about July 7, 2006, GADAHN appeared in an al-Qaeda video ("the July 2006 video") broadcast in the United States and elsewhere, giving aid and comfort to al-Qaeda. The July 2006 video also contained statements by Usama bin Laden, Ayman al-Zawahiri, Abu Musab al-Zarqawi, and Shehzad Tanweer. In the July 2006 video, GADAHN referred to the recent capture and execution of two American servicemen in Iraq and made the following statements, among others:

1. "So after all the atrocities committed by America . . . why should we target their military only?"

2. "It's hard to imagine that any compassionate person could see pictures, just pictures, of what the Crusaders did to those children, and not want to go on a shooting spree at the Marines' housing facilities at Camp Pendleton."

      3.    "When we bomb their cities and civilians like they bomb ours, or destroy their infrastructure and means of transportation like they destroy ours, or kidnap their non-combatants like they kidnap ours, no sane Muslim should shed tears for them. And they should blame no one but themselves."

d.   On or about September 2, 2006, GADAHN appeared in an al-Qaeda video ("the September 2, 2006 video") broadcast in the United States and elsewhere, giving aid and comfort to al-Qaeda. Ayman al-Zawahiri also appeared in the September 2, 2006 video and addressed "the American people in particular and all Western peoples in general." Al-Zawahiri introduced GADAHN as "our brother Azzam the American" and explained that GADAHN "talks to you as one concerned about the fate which awaits his people." Al-Zawahiri urged Americans to listen to GADAHN "because what he is talking to you about is serious and significant. He is talking to you about the fate which awaits every human, an extremely grave issue in which there is no joking, procrastination, or backtracking." In the September 2, 2006 video, GADAHN made the following statements, among others:

      1.    "So if you want to be on the winning side in this life and the next, and if you want your resistance to Crusader tyranny to truly count, then take the simple step I have just outlined. . . . We send a

    special invitation to all of you fighting . . . in Afghanistan . . . . You know the war can't be won and that the condition of America's war machine is going from bad to worse."

  2. "You know you're considered . . . as nothing more than expendable cannon fodder, a means to an end. . . . You know they couldn't care less about your safety and well being and that the only thing that upsets your leaders when American forces suffer casualties is the damage these casualties do to their popularity and the popularity of the wars they started."

  3. "Escape from the unbelieving army and join the winning side. Time is running out, so make the right choice before it's too late and you meet the dismal fate of thousands before you."

 e. On or about September 11, 2006, GADAHN appeared in an al-Qaeda video ("the September 11, 2006 video") broadcast in the United States and elsewhere, giving aid and comfort to al-Qaeda. The September 11, 2006 video also contained statements by Usama bin Laden and video footage of the World Trade Center attack in 2001. The pictures of the World Trade Center attack were accompanied by the written statement: "The word is the word of the sword until the wrongs are righted." In the September 11, 2006 video, GADAHN referred to the United States as "enemy soil" and made the following

statements, among others:

1. "All the brothers who took part in the raids on America were dedicated, strong-willed, highly motivated individuals with a burning concern for Islam and Muslims."

2. "Look at the pilots, Mohammed Atta, Marwan Shehhi, Ziad Jarrah, Hani Hanjour. All of them had lived and studied in the West. All of them had the world within their reach, if they had wanted it. But how could they live with themselves, if they were to enjoy this worldly life while their Ummah burns."

3. "In hind sight, everything that al-Qaeda was doing was preparation for the Manhattan and Washington raids, and the expected crusader invasion."

## COUNT TWO

[18 U.S.C. § 2339B, § 2(a)]

Beginning on or about September 11, 2005, and continuing to at least September 11, 2006, defendant ADAM GADAHN, also known as "Azzam al-Amriki," a national of the United States whose last known place of residence was in Orange County, within the Central District of California, did knowingly provide, and aid and abet the provision of, material support and resources, as those terms are defined in 18 U.S.C. § 2339A(b), including personnel and services, to a foreign terrorist organization, al-Qaeda, which was designated by the Secretary of State as a foreign terrorist organization on October 8, 1999, pursuant to Section 219 of the Immigration and Nationality Act, and was redesignated as such on or about October 5, 2001, and October 2, 2003, which designation continues in effect.

A TRUE BILL

/S/
_____
Foreperson

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

WAYNE R. GROSS
Assistant United States Attorney
Chief, Santa Ana Branch Office

DEIRDRE Z. ELIOT
Assistant United States Attorney

GREGORY W. STAPLES
Assistant United States Attorney