**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

**CASE SUMMARY**

OCT 11 2006

Case Number  SA CR 05-254(A)          Defendant Number  1
U.S.A. v.  ADAM GADAHN                Date of Birth  1978

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

☒ Indictment    ☐ Information    Investigative agency (FBI, DEA, etc.) FBI    12:00pm

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

**OFFENSE/VENUE**

a. Offense charged as a:       ☐ Petty Offense
   ☐ Misdemeanor   ☐ Minor Offense   ☒ Felony
b. Date of offense  09/11/2006
c. County in which first offense occurred
   Orange
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☐ Los Angeles        ☐ Ventura
   ☒ Orange             ☐ Santa Barbara
   ☐ Riverside          ☐ San Luis Obispo
   ☐ San Bernardino     ☐ Other
   Citation of offense  18 U.S.C. §§ 2381, 2339B, and 2(a)

**RELATED CASE**

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?       ☒ No        ☐ Yes
   IF YES  Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases
may be related if a previously filed indictment or information
and the present case:
a. arise out of the same conspiracy, common scheme,
   transaction, series of transactions or events; or
b. involve one or more defendants in common, and would
   entail substantial duplication of labor in pretrial, trial or
   sentencing proceedings if heard by difference judges.
Related case(s), if any:  MUST MATCH NOTICE OF RELATED
CASE _____
_____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: _____
   Case Number _____
   Charging _____
   _____

The complaint:      ☐ is still pending
   ☐ was dismissed on: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*                    ☒ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
   ☐ Yes*                    ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF
COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE
THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

This is the  1st  superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
   10/12/2005
Case Number  SA CR 05-254

The superseded case:
☒ is still pending before Judge/Magistrate Judge
   (fugitive)
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*                    ☒ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
   ☐ Yes*                    ☒ No

Was a Notice of Complex Case filed on the Indictment or
Information?
   ☐ Yes                     ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF
COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE
THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☐ Yes    ☒ No
IF YES, list language and/or dialect: _____

DOCKETED ON CM

OCT 11 2006

BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**OTHER**

☒ Male                      ☐ Female

☒ U.S. Citizen              ☐ Alien

Alias Name(s) <u>Azzam al-Amriki</u>

_____

This defendant is charged in:    ☒ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?              ☐ Yes    ☒ No

IF YES, should matter be sealed?      ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud      ☐ public corruption

☐ government fraud                  ☐ tax offenses

☐ environmental issues             ☐ mail/wire fraud

☐ Other: <u>Treason, Providing Material Support to a</u>

<u>Designated Foreign Terrorist Organization, Aiding and</u>

<u>Abetting</u>

_____

_____

**CUSTODY STATUS**

<u>Defendant is **not** in custody:</u>

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?          ☐ Yes          ☐ No

d. Is a Fugitive              ☒ Yes          ☐ No

e. Is on bail or release from another district:

   _____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.          ☒ Yes          ☐ No

<u>Defendant is **in** custody:</u>

a. Place of incarceration:    ☐ State          ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:

   _____

d. ☐ Solely on this charge. Date and time of arrest:

   _____

e. On another conviction: ☐ Yes          ☐ No

   IF YES ☐ State          ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes          ☐ No

   IF YES ☐ State          ☐ Federal    AND

   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 400

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

_____

_____

_____

_____

Date <u>10/11/2006</u>

*Deirdre Z. Eliot*
_____
*Signature of Assistant U.S. Attorney*

**DEIRDRE Z. ELIOT**
_____
*Print Name*

---