# *Memorandum*



| Subj: | Date: |
|---|---|
| United States v. Adam Gadahn | October 11, 2006 |

| To: | From: |
|---|---|
| SHERRI R. CARTER<br>District Court Executive<br>United States District Court<br>Central District of California | DEIRDRE Z. ELIOT<br>Assistant United States Attorney<br>Criminal Division |

FILED
CLERK, U.S. DISTRICT COURT
OCT 1 1 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The matter relating to the above-referenced criminal action,

United States v. Adam Gadahn, being filed on October 11, 2006,

    [ ] is

    [X] is not

a matter (1) that was pending in the Organized Crime Section of the USAO before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

DEIRDRE Z. ELIOT
Assistant United States Attorney
Criminal Division

