1  DEBRA WONG YANG
   United States Attorney
2  WAYNE R. GROSS
   Assistant United States Attorney
3  Chief, Southern Division
   DEIRDRE Z. ELIOT
4  Assistant United States Attorney
   California Bar Number:  145007
5       411 W. Fourth Street, Suite 8000
        Santa Ana, California 92701
6       Telephone: (714) 338-3599
        Facsimile: (714) 338-3561
7       E-mail: Deirdre.Eliot@usdoj.gov

8  Attorney for Plaintiff
   United States of America
9

10            UNITED STATES DISTRICT COURT

11       FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                 SOUTHERN DIVISION

13 UNITED STATES OF AMERICA,      ) No. SA CR 05-254
                                  )
14            Plaintiff,          ) GOVERNMENT'S EX PARTE
                                  ) APPLICATION FOR ORDER UNSEALING
15       v.                       ) INDICTMENT AND ARREST WARRANT;
                                  ) DECLARATION OF DEIRDRE Z. ELIOT
16 ADAM GADAHN,                   )
      a.k.a. Azzam al-Amriki,     )
17                                )
            Defendant.            )
18                                )
                                  )

19

20      The government hereby applies ex parte for an order

21 authorizing the indictment and arrest warrant in this case to be

22 unsealed.  This application is based on the attached declaration

23 //

24 //

25 //

26 //

27 //

28 //

1  of Deirdre Z. Eliot and the files and records of this case.

2      DATED:  This _11th_ day of October, 2006.

3                          Respectfully submitted,

4                          DEBRA WONG YANG
                           United States Attorney
5
                           WAYNE R. GROSS
6                          Assistant United States Attorney
                           Chief, Southern Division
7

8

9                          _____
                           DEIRDRE Z. ELIOT
                           Assistant United States Attorney
10
                           Attorneys for Plaintiff
11                         UNITED STATES OF AMERICA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  2

DECLARATION OF DEIRDRE Z. ELIOT

I, Deirdre Z. Eliot, hereby declare and state:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California and in that capacity represent the government in the prosecution of <u>United States v. Adam Gadahn, aka Azzam al-Amriki</u>, No. SA CR 05-254.  The underlying indictment in this case was sealed at the government's request for the reason enumerated in its previous application.

2.    The grand jury returned a superseding indictment in this matter earlier today.  That superseding indictment is a matter of public record.  Accordingly, the government now respectfully requests that the underlying indictment and arrest warrant be unsealed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED:    This ___*14th*___ day of October, 2006.


_____*Deirdee Z. Eliot*_____
DEIRDRE Z. ELIOT

3