DEBRA WONG YANG
United States Attorney
WAYNE R. GROSS
Assistant United States Attorney
Chief, Southern Division
DEIRDRE Z. ELIOT
Assistant United States Attorney
California Bar Number: 145007
411 W. Fourth Street, Suite 8000
Santa Ana, California 92701
Telephone: (714) 338-3535
Facsimile: (714) 338-3561
E-mail: Deirdre.Eliot@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. SA CR 05-254 |
| Plaintiff, | ) [PROPOSED] ORDER UNSEALING |
| v. | ) INDICTMENT AND ARREST WARRANT |
| ADAM GADAHN, | ) |
| a.k.a. Azzam al-Amriki, | ) |
| Defendant. | ) |

For good cause shown, upon motion of plaintiff, United
States of America,

IT IS HEREBY ORDERED THAT:

The indictment and arrest warrant, previously filed under
seal, shall be unsealed and made public.

DATED:    This  11   day of October, 2006.


HONORABLE ARTHUR NAKAZATO
United States Magistrate Judge