EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section
DEIRDRE Z. ELIOT (Cal. Bar No. 145007)
Assistant United States Attorney
Terrorism and Export Crimes Section
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3599
     Facsimile: (714) 338-3564
     E-mail:   deirdre.eliot@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>ADAM GADAHN,<br>   a.k.a. Azzam al-Amriki,<br><br>          Defendant. | No. SA CR 05-254(A)-UA<br><br>[PROPOSED] ORDER DISMISSING INITIAL AND FIRST SUPERSEDING INDICTMENTS WITHOUT PREJUDICE PURSUANT TO FED. R. CRIM. P. 48(a) |

     Pursuant to the government's ex parte application and Federal Rule of Criminal Procedure 48(a), the Court hereby dismisses the Initial and First Superseding Indictments in this case without prejudice.

     IT IS SO ORDERED.

_____          _____
DATE                                    THE HONORABLE DAVID O. CARTER
                                        UNITED STATES DISTRICT JUDGE

Presented by:


_____/s/_____
DEIRDRE Z. ELIOT
Assistant United States Attorney
Terrorism and Export Crimes Section