EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section
DEIRDRE Z. ELIOT (Cal. Bar No. 145007)
Assistant United States Attorney
Terrorism and Export Crimes Section
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3599
    Facsimile: (714) 338-3564
    E-mail:    deirdre.eliot@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ADAM GADAHN,<br>   a.k.a. Azzam al-Amriki,<br><br>       Defendant. | No. SA CR 05-254(A)-UA<br><br>[~~PROPOSED~~] ORDER DISMISSING INITIAL AND FIRST SUPERSEDING INDICTMENTS WITHOUT PREJUDICE PURSUANT TO FED. R. CRIM. P. 48(a)<br><br>[19] |

    Pursuant to the government's *ex parte* application and Federal Rule of Criminal Procedure 48(a), the Court hereby dismisses the Initial and First Superseding Indictments in this case without prejudice.

    IT IS SO ORDERED.

September 8, 2015                           *David O. Carter*
DATE                                        THE HONORABLE DAVID O. CARTER
                                               UNITED STATES DISTRICT JUDGE

1  Presented by:
2
3  _____/s/_____
   DEIRDRE Z. ELIOT
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5